UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DETRA H., | Case No.:  3:22-cv-01162-AHG |
| Plaintiff, | **ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | **[ECF No. 15]** |

1

Before the Court is Plaintiff Detra H. ("Plaintiff") and Defendant Kilolo Kijakazi's ("Defendant" or "Commissioner") Joint Motion for Voluntary Remand. ECF No. 15. Good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, consistent with the parties' Joint Motion, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated: December 22, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge