

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Detra Rozine Holliday<br><br>Plaintiff,<br>V.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security<br><br>Defendant. | Civil Action No. 22-cv-1162-DMS-AHG<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, consistent with the parties' Joint Motion, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.
Final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Case is closed.

Date: 12/22/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Sotelo

L. Sotelo, Deputy